IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SOVEREIGN GENERAL
INSURANCE SERVICES, INC.,

        Plaintiff,                      No. CIV S-06-2725 MCE DAD

    v.

NATIONAL CASUALTY
COMPANY, et al.,                        <u>ORDER</u>

        Defendants.
_____/

This matter came before the court on July 13, 2007, for hearing on plaintiff's motion to compel deposition and to compel production of documents. Dominic G. Flamiano, Esq. appeared telephonically for the moving party. Alan Bradley Yuter, Esq. appeared telephonically for defendant National Casualty Company.

The court having considered all written materials submitted in connection with the motion, and having heard oral argument from counsel, for the reasons stated on the record, IT IS ORDERED that:

1. Plaintiff's June 22, 2007 motion to compel deposition is denied, having been brought to the court untimely, given the July 17, 2007 deadline for completion of discovery; and

/////

2. Plaintiff's June 22, 2007 motion to compel production of additional documents is denied, defendant having clarified on the record the nature of the documents not produced and defendant's objection to producing those documents.

DATED: July 13, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.civil\sovereigngeneralins.oah.071307