```
 1  Raul V. Aguilar, Esq.  (SBN 056419)
    Dominic G. Flamiano, Esq.  (SBN 142445)
 2  AGUILAR LAW OFFICES,
    A PROFESSIONAL LAW CORPORATION
 3  One Montgomery Street, Suite 2330
    San Francisco, California 94104-5502
 4
    Telephone:    (415) 982-9500
 5  Facsimile:    (415) 982-9506

 6  Attorneys for Plaintiff, SOVEREIGN
    GENERAL INSURANCE SERVICES, INC.
 7
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOVEREIGN GENERAL INSURANCE SERVICES, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL CASUALTY COMPANY, a Wisconsin Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:06-cv-02725-MCE-DAD<br><br>**REQUEST TO APPEAR TELEPHONICALLY AND ORDER**<br><br>Date:          September 14, 2007<br>Time:          9:00 a.m.<br>Courtroom:     3<br>District Judge:  Hon. Morrison England |

Plaintiff Sovereign General Insurance Services, Inc. requests that the Court allow its counsel, Dominic G. Flamiano of Aguilar Law Offices, A Professional Law Corporation, to appear telephonically at (415) 982-9500 at the hearing noticed by Defendant National Casualty Company for September 14, 2007 at 9:00 a.m. in Department 3 of the above entitled court. In addition, due to a scheduling conflict, counsel for Sovereign General requests leave to appear at the end of the Court's calendar for a telephonic appearance at 11:00 a.m. due to a 9:30 a.m. appearance in San Francisco County Superior Court, Law & Motion, at 9:30 a.m. in Department 302.

///

1

1

2  Dated: September 11, 2007                               AGUILAR LAW OFFICES,
                                                          A PROFESSIONAL LAW CORPORATION
3

4
                                                          By:   /s/Dominic G. Flamiano
5                                                               Dominic G. Flamiano,
                                                                Attorneys for Plaintiff,
6                                                               SOVEREIGN GENERAL
                                                                INSURANCE SERVICES, INC.
7

8       GOOD CAUSE APPEARING, counsel for Sovereign General Insurance Services, Inc.

9  is allowed to appear telephonically at the September 14, 2007 hearing in Department 3 at (415)

10 982-9500.

11  Dated:  September 12, 2007

12

13                                                        _____
                                                          MORRISON C. ENGLAND, JR.
14                                                        UNITED STATES DISTRICT JUDGE

15

16

17

18

19 Aguilar Law Offices, Tel: (714) 784-4503 Fax: (415) 982-9506

20

21

22

23

24

25

26

27

28

2