ALAN B. YUTER (SBN 101534)
RACHEL E. HOBBS (SBN 186424)
SELMAN BREITMAN LLP
11766 Wilshire Boulevard, Sixth Floor
Los Angeles, CA  90025
Telephone: (310) 445-0800
Facsimile: (310) 473-2525
Email: ayuter@selmanbreitman.com
       rhobbs@selmanbreitman.com
Attorneys for Defendant
NATIONAL CASUALTY COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOVEREIGN GENERAL INSURANCE SERVICES, INC., a California Corporation,<br><br>             Plaintiff,<br><br>    v.<br><br>NATIONAL CASUALTY COMPANY, a Wisconsin Corporation, and DOES 1 through 10, Inclusive,<br><br>             Defendants. | CASE NO.: 2:06-CV-02725-MCE-DAD<br><br>REQUEST FOR TELEPHONIC APPEARANCE AT ORAL ARGUMENT OF MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT, OF DEFENDANT NATIONAL CASUALTY COMPANY; ORDER<br><br>DATE      : September 14, 2007<br>TIME      : 9:00 A.M.<br>COURTROOM: 3 |

**TO THE CLERK OF THE U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA AND TO PLAINTIFF'S ATTORNEYS OF RECORD:**

///

///

///

///

///

1 **PLEASE TAKE NOTICE** that defendant NATIONAL CASUALTY
2 COMPANY hereby requests that the court schedule a telephonic
3 hearing of NATIONAL's Motion for Summary Judgment, or in the
4 Alternative, Partial Summary Judgment, currently scheduled
5 for September 14, 2007, before the Honorable Morrison
6 England in Department 3 of the above-entitled court.
7 Counsel for NATIONAL is located in Los Angeles and it would
8 save considerable time and expense to appear telephonically
9 for the hearing rather than traveling to Sacramento,
10 California.  Please note that counsel for plaintiff
11 SOVEREIGN GENERAL SERVICES, INC., has indicated that he also
12 prefers to telephonically appear at the hearing.  As he has
13 advised the clerk of court, however, due to a scheduling
14 conflict, he will be unavailable to appear for the hearing
15 at 9:00 a.m., although he is available on 11:00 a.m., on
16 September 14, 2007.  Counsel for SOVEREIGN has thus
17 requested that the court re-schedule the hearing for 11:00
18 a.m., on September 14, 2007, or for such other and further
19 time as is convenient to the court's calendar.  NATIONAL is
20 amenable to such a continuance of the hearing time.

21 **PLEASE TAKE FURTHER NOTICE** that Dominic G. Flamiano of
22 the Aguilar Law Offices, **(415) 982-9500 (no direct line**
23 **available)** will be appearing at the hearing on behalf of
24 plaintiff SOVEREIGN; and Alan B. Yuter, **direct line (310)**
25 **689-7011**, will be appearing on behalf of defendant NATIONAL.

2

369294.1 380.22920

06CV2725-MCE-DAD

DATED:  September 11, 2007          SELMAN BREITMAN, LLP

By: _____
ALAN B. YUTER
RACHEL E. HOBBS
Attorneys for Defendant
NATIONAL CASUALTY COMPANY

### ORDER

### GRANTING NATIONAL'S REQUEST FOR TELEPHONIC APPEARANCE

Having duly considered NATIONAL's request, and GOOD CAUSE APPEARING, the court hereby ORDERS, ADJUDGES AND DECREES that it will **telephonically** conduct the hearing of NATIONAL's Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment, on September 14, 2007 at 9:00 a.m.

**IT IS SO ORDERED.**

DATED: September 12, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE