# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**SOVEREIGN GENERAL INSURANCE SERVICES, INC.,**

CASE NO: **2:06−CV−02725−MCE−DAD**

v.

**NATIONAL CASUALTY COMPANY,**

__XX__ −− **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER OF 02/15/08**

**Victoria C. Minor**
Clerk of Court

ENTERED: **February 15, 2008**

by: /s/ C. Manzer
Deputy Clerk